THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE LIGHT CONSTRUCTION MANAGEMENT LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LEE TRENDEL, also known as MIKE LEE TRENDEL, also known as MIKHAIL TRUNDLE, also known as MIKHAIL TUNDL, also known as MICHAEL TRENDLE, also known as MICHAEL TRUNDLE, also known as MIKE TRUNDLE, also known as MICHAEL LEE LYNN, also known as MICHAEL LEE TRENDAL, and his marital community,<br><br>Defendant. | No. 2:19-cv-01200<br><br>**ORDER ALLOWING ALTERNATIVE SERVICE ON DEFENDANT MICHAEL LEE TRENDEL, also known as MIKE LEE TRENDEL, also known as MIKHAIL TRUNDLE, also known as MIKHAIL TUNDL, also known as MICHAEL TRENDLE, also known as MICHAEL TRUNDLE, also known as MIKE TRUNDLE, also known as MICHAEL LEE LYNN, also known as MICHAEL LEE TRENDAL** |

PURSUANT TO Plaintiff's Motion for Leave for Alternative Service on Defendant Michael Lee Trendel, also known as Mike Lee Trendel, also known as Mikhail Trundle, also known as Mikhail Tundl, also known as Michael Trendle, also known as Michael Trundle, also known as Mike Trundle, also known as Michael Lee Lynn, also known as Michael Lee Trendal, and good cause appearing therefore,

ORDER ALLOWING ALTERNATIVE
SERVICE (Case No. 2:19-cv-01200) -1

**NORTH CITY LAW, PC**
17713 15th Ave NE, Suite 101
Shoreline, WA 98155-3839
Phone: 206.413.7288
Fax: 206.367.0120

1 IT IS HEREBY ORDERED that initial service of process may be made upon Defendant
2 Michael Lee Trendel, and upon all of the aliases adopted by Defendant Trendel, by doing
3 each of the following:

  1. Publication of the summons proscribed under RCW 4.28.110 in the *Seattle Daily Journal of Commerce* once a week for six successive weeks; and
  2. Emailing a copy of the Summons and Complaint along with this Order to yogithebear47@gmail.com.

IT IS FURTHER ORDERED that all subsequent service of process may be made upon Defendant Michael Lee Trendel, and upon all of the aliases adopted by Defendant Trendel, by doing each of the following:

  1. Emailing a copy of the pleading to yogithebear47@gmail.com; and
  2. Leaving a copy of the pleading with the Clerk of the Court for the Western District of Washington.

IT IS FURTHER ORDERED that alternative service upon Defendant Trendel as authorized by this Order shall also be effective service upon all of the aliases utilized by Defendant Trendel.

Dated this 11th day of September, 2019.

_____
Thomas S. Zilly
United States District Judge

Presented by:
*/s/ Paul A. Barrera*
Paul A. Barrera, WSBA No. 51990
NORTH CITY LAW, PC
17713 Fifteenth Avenue Northeast, Suite 101
Shoreline, WA 98155-3839
Phone: 206-413-7288
Fax: 206-367-0120
Email: paul@northcitylaw.com

*Counsel for Plaintiff*

ORDER ALLOWING ALTERNATIVE SERVICE (Case No. 2:19-cv-01200) -1

NORTH CITY LAW, PC
17713 15th Ave NE, Suite 101
Shoreline, WA 98155-3839
Phone: 206.413.7288
Fax: 206.367.0120