UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN THE LIGHT CONSTRUCTION MANAGEMENT LLC,

    Plaintiff,

v.

MICHAEL LEE TRENDEL,

    Defendant.

C19-1200 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Default against Defendant having been entered by Order of the Clerk dated December 12, 2019, docket no. 14, and over three months having elapsed since then without further activity in this case, Plaintiff is DIRECTED to file, within twenty-eight (28) days of the date of this Minute Order, either (i) a motion for default judgment, or (ii) a status report indicating why such motion cannot or will not be filed and whether this case may be dismissed without prejudice and without costs.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of April, 2020.

            William M. McCool
            Clerk

            s/Karen Dews
            Deputy Clerk

MINUTE ORDER - 1